UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 18 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| GARY LEE JONES, | ) 4:15CR00523 JAR/NAB |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between on or about December 2002 and continuing through on or about May 2015, with the precise dates unknown, in the Eastern District of Missouri and elsewhere,

**GARY LEE JONES,**

the Defendant herein, and others known and unknown to the Grand Jury did knowingly and intentionally embezzle, steal and purloin money of the United States, to wit: approximately $201,400.26 in benefits paid from the United States Department of Veterans Affairs in the name of Defendant's deceased mother.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS C. ALBUS, #46224MO
Assistant United States Attorney